UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. |
| | : | Mag. No. 07-mj-00291 |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| AUBREY RANDOLPH SCOTT, | : | 18 U.S.C. § 1341 |
| | : | (Mail fraud) |
| Defendant. | : | 18 U.S.C. § 2 |
| | : | (Causing an act to be done) |
| | : | 18 U.S.C. §§ 981, 982 |
| | : | (Forfeiture) |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE

From on or about March 30, 2000, and continuing until on or about April 20, 2006, within the District of Columbia and elsewhere, the defendant, **AUBREY RANDOLPH SCOTT,** willfully and knowingly devised, and intended to devise, a scheme and artifice to defraud the National Academy of Sciences ("hereinafter NAS") of money.

### Purpose of the Scheme and Artifice

It was a purpose of the scheme and artifice that the defendant would obtain fraudulently money from NAS which he would use for his own benefit.

### The Scheme

It was a part of the scheme and artifice that, while the defendant worked in NAS's reprographics center, he submitted and approved the payment of hundreds of invoices in amounts less than $2,500 for a company called Paper Perfect Reproductions (hereinafter "Paper Perfect").

It was a further part of the scheme and artifice that NAS paid Paper Perfect by checks which were mailed using the United States Postal Service to Paper Perfect, Attn. PMB 106-176, 4200 Wisconsin Ave, NW, Washington, DC 20016-2143.

It was a further part of the scheme and artifice that the defendant rented and controlled mail box PMB 106-176 at 4200 Wisconsin Avenue.

It was a further part of the scheme and artifice that, during the period 2000 to 2006, the defendant approved payments totaling $1,231,108 for Paper Perfect invoices even though Paper Perfect never delivered any products nor provided any services to NAS.

It was a further part of the scheme and artifice that the defendant cashed or deposited all of the checks mailed by NAS.

It was a further part of the scheme and artifice that the defendant spent the money paid to Paper Perfect by NAS on numerous items, including the purchase of a BMW M5 automobile, jewelry, and payments on the mortgage for his home.

From on or about March 30, 2000, and continuing until on or about April 20, 2006, within the District of Columbia and elsewhere, the defendant, **AUBREY RANDOLPH SCOTT**, for the purpose of executing, and attempting to execute, the above-described scheme and artifice to defraud, knowingly did cause to be delivered by mail a matter or thing according to the direction thereon, that is, NAS checks, and did place and caused to be placed in a post office and authorized depository for mail matter a matter or thing to be sent and delivered by the Postal Service, that is, NAS checks.

**(Mail Fraud, and Aiding and Abetting and Causing an Act to be Done,
in violation of Title 18, United States Code, Sections 1341 and 2)**

## NOTICE OF FORFEITURE

As a result of his conviction for a scheme to commit mail fraud as set forth in Count I of this Information, the defendant **AUBREY RANDOLPH SCOTT** shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c)), the following property which constitutes or is derived from proceeds obtained directly or indirectly as a result of the said violation:

Money Judgment:

- $1,231,108 which amount represents a sum of money equal to the amount of money constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of the federal fraud offense, in violation of 18 U.S.C. § 1341.  The United States further intends that the balance of the outstanding money judgment owed to the United States will be reduced by the value of funds received by the government from its disposition of the personal and real property described below.

Personal Property:

- a 2006 BMW M5, Vehicle Identification Number (VIN) xxxxxxxxxxxxxxxx;
  a 2005 Toyota Sienna, Vehicle Identification Number (VIN) xxxxxxxxxxxxxxx;

- $27,026.53 in cash seized from Bank of America account xxxxxxxxxxx;

- $4,860.22 in cash seized from Bank of America account xxxxxxxxxxx;

- items seized during the search of xxxxx Knights Court which are described on an evidence list of eighteen numbers:  A01345952, A01294859, A01294861, A01345958, A01345955, A01345956, A01345953, A01345951, A01345954, A01345957, A01294858, A01345959, A01294857, A01294742, A00768816, A01294869, A00768817, and A01294878.

<u>Real Property</u>:

- property located on lot numbered XXXXXX (XX) in Block lettered "X" in the subdivision known as "KINGS SQUARE" as per plat recorded in Plat Book xxx at Plat No. xxxxx, among the Land Records of Montgomery County, Maryland which has the address of XXXXXXXXXX, Germantown, MD 20876.

Pursuant to 21 U.S.C. § 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the amount described above, if, by any act or omission of said defendant, the property identified above as subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred, sold to or deposited with a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty.

All in accordance with 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461 (incorporating 18 U.S.C. § 981(a)(1)) and Rule 32.2(a), Federal Rules of Criminal Procedure.

**(Criminal Forfeiture pursuant to Title 18, United States Code, Sections 981 and 982, Title 28 United States Code, Section 2461, and Fed. R. Crim. P. 32.2(b)(1))**

    Respectfully submitted,

    Jeffrey A. Taylor
    United States Attorney

By:    _____/s/_____
    Thomas E. Zeno
    D.C. Bar No. 348623
    Assistant United States Attorney
    555 Fourth Street, NW, Room 5423
    Washington, D.C. 20530
    (202) 514-6957