UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-244 |
| | : | Judge Colleen Kollar-Kotelly |
| AUBREY R. SCOTT, JR. | : | |
| Defendant | : | |

**ORDER**

FILED
OCT - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than **DECEMBER 21, 2007.**

The parties shall file its Memorandum in Aid of sentencing by no later than **JANUARY 11, 2008** and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **JANUARY 25, 2008 A.M.**

IT IS SO ORDERED,

Date: Oct 2, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Files
      Probation
      Thomas Zeno, AUSA
      Charles F. Chester, Esq., 51 Monroe Pl., Suite 707, Rockville, MD 20850