AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court     FILED

_____ DISTRICT OF _____     OCT - 2 2007

UNITED STATES OF AMERICA
V.

*Aubrey Scott, Jr.*

WAIVER OF INDICTMENT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 1:07-244

I, *Aubrey Scott, Jr.*, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *October 2, 2007* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer