UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
: Criminal No. 07-244
:
v. :
: **FILED**
AUBREY RANDOLPH SCOTT, :
: OCT - 2 2007
Defendant :
: NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Defendant Aubrey Randolph Scott ("Mr. Scott") agrees to the following statement of the offense.

The National Academy of Sciences ("NAS") is a nonprofit organization located in Washington, D.C. It was chartered by Congress with a dual mission of honoring outstanding American scientists and providing advice to the government on issues involving science and technology. While Mr. Scott worked in NAS's reprographics center, he submitted and approved the payment of hundreds of invoices in amounts less than $2,500 for a company called Paper Perfect Reproductions ("Paper Perfect").

Under the procurement structure within NAS, Mr. Scott was authorized to order and approve the payment of invoices for supplies or services procured by the reprographics center for amounts less than $2,500. NAS paid Paper Perfect by checks which were mailed using the United States Postal Service to Paper Perfect, Attn. PMB 106-176, 4200 Wisconsin Ave, NW, Washington, DC 20016-2143. PMB 106-176 was a rented mailbox. Mr. Scott opened and controlled the rented mail box at 4200 Wisconsin Avenue and cashed or deposited all of the checks sent by NAS. Mr. Scott spent the money paid to Paper Perfect by NAS on numerous items, including the purchase of a BMW M5 automobile and jewelry. Mr. Scott also used these monies to pay down the mortgage for his home.

During the period 2000 to 2006, Mr. Scott approved payments totaling $1,231,108 for such invoices even though Paper Perfect never delivered any products nor provided any services to NAS. Instead, Mr. Scott created Paper Perfect solely to receive the checks mailed by NAS for the invoices submitted and approved by Mr. Scott. NAS did not benefit from this fraud. Mr. Scott acted by himself in submitting and approving the invoices for payment.

_____          10/2/2007
Aubrey Randolph Scott               Date