U.S. Department of Justice
U.S. Attorneys

---

# United States District Court
# for the District of Columbia

**FILED**

OCT − 2 2007

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | NANCY MAYER WHITTINGTON, CLERK<br>U S DISTRICT COURT |
| v. | : |  |
| | : | Case No. **07-244**  **(CKK)** |
| **AUBREY RANDOLPH SCOTT,** | : | |
| **Defendant.** | : | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ____**2nd**____ day of ____**OCTOBER, 2007**_____ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **a date convenient to both parties**

by __**Postal Inspector Jan Kostka or other law enforcement officer**__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __**U.S. Postal Inspection Service**__

_____ for "routine processing," and that this be a condition of being released on bond;

That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **Postal Inspector Jan Kostka or other law enforcement officer** for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~XXXXXXXXXXXXXXX~~ COLLEEN KOLLAR-KOTELLY

DOJ USA-16-1-80