IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    PLAINTIFF

V.                      Case No. 1:07- 244

AUBREY SCOTT, JR.

    DEFENDANT

**FILED**
OCT - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ENTRY OF APPEARANCE

Dear Clerk:

You will please enter my appearance as counsel to the Defendant in the above captioned matter.

LAW OFFICES OF CHARLES F. CHESTER

By: _____
Charles Frederick Chester 17445
51 Monroe Place, Suite 707
Rockville, Maryland 20850
Counsel to Defendant
(301) 294-2500


## Certificate of Service

I hereby certify that a copy of the foregoing Entry of Appearance was HAND DELIVERED in open court to:
THOMAS ZENO, AUSA, 555 4th Street, N.W.
Washington, DC 20530

_____
Charles F. Chester

1