UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CRIMINAL NO. 07-244 |
| : | Judge Colleen Kollar-Kotelly |
| AUBREY R. SCOTT : | |
| : | |
| Defendant : | |

## ORDER

The probation office shall file its Presentence Report by no later than **DECEMBER 21, 2007.**

The parties shall file its Memorandum in Aid of Sentencing by no later than **JANUARY 11, 2008**, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **JANUARY 25, 2008 9:30 A.M.**

IT IS SO ORDERED,

Date: Oct 18, 2007

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Files
      Probation
      Thomas Zeno, AUSA
      Charles F. Chester, Esq