CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

**FILED**

JAN - 8 2008

January 8, 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                                                  Criminal No. **07-244**

**AUBREY RANDOLPH SCOTT, JR.**

<u>**CRIMINAL NOTICE**</u>

Please be advised that the Sentencing Hearing in the above entitled case, previously scheduled for January 25, 2008, is hereby vacated, and has been RESCHEDULED to a new date as set out below:

| | |
|---|---|
| CASE SET FOR: | **SENTENCING** |
| DATE: | **FRIDAY, FEBRUARY 8, 2008** |
| TIME: | **10:00 A.M.** |
| JUDGE: | **COLLEEN KOLLAR-KOTELLY** |
| COURTROOM: | **NO. 28A** |

NOTE: *Due Date for Sentencing Memos Extended to January 18, 2008*

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____
Dorothy Patterson, Deputy Clerk

cc:   Chambers
       File
       Charles Chester, Esq.
       Thomas Zeno, AUSA
       Kelli Cave, U.S. Probation Officer
       Pretrial Services

(N)