UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Crim. No. 07-0244-01 (CKK) |
| ) | |
| AUBREY RANDOLPH SCOTT, ) | **FILED** |
| ) | |
| Defendant. ) | FEB - 8 2008 |
| _____ ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S DISTRICT COURT |

## FINAL ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant, Aubrey Randolph Scott, and his counsel, Charles F. Chester, Esq., pursuant to which defendant Scott pled guilty to a criminal violation of 18 U.S.C. §§ 1341 and 2, which proscribes mail fraud and aiding and abetting, and the plea agreement acknowledged that a sum of $1,231,108.00 was subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c)); and,

*WHEREAS*, in the written plea agreement between the United States and defendant, the defendant Scott expressly agreed to forfeit to the United States a total of $1,231,108 and consented to the entry of a Consent Order of Forfeiture in the form of a money judgment in this amount, which amount represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of the federal fraud and aiding and abetting offense, in violation of 18 U.S.C. §§ 1341 and 2;[1]

*WHEREAS*, the criminal information, which charged the crime of mail fraud and aiding and abetting to which defendant Scott pled guilty, also contained a forfeiture allegation setting

---

[1] In defendant Scott's plea agreement, the United States stated that it intended that the amount of the outstanding money judgment will be reduced by the value of funds received by the United States from its disposition of certain personal and real property, which defendant Scott separately forfeited, pursuant to his plea agreement.

forth that a money judgment in the amount of $1,231,108.00 was to be forfeited as part of the sentence for defendant Scott's conviction in this matter, and defendant Scott explicitly agreed during his guilty plea on October 2, 2007, that this sum of money was subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) (as incorporated by 28 U.S.C. § 2461(c)), and,

*WHEREAS*, the Court has determined, based on the evidence set forth during the defendant's guilty plea, that the property subject to forfeiture here represents a sum of money equal to property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of the federal fraud and aiding and abetting offense;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. That the following property is declared forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C):

   A money judgment for the amount of $1,231,108.00, which is property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's commission of the crime in violation of 18 U.S.C. §§ 1341 and 2.

2. All right, title, and interest in the property described above is hereby vested in the United States of America and that no other right, title, or interest in, and to, the said property shall exist.

3. A judgment is hereby entered in this matter against defendant Scott in favor of the United States in the amount of $1,231,108.00. (The amount of the judgment against defendant and in favor of the United States is to be reduced by the value of funds received by the government from its disposition of the personal and real property that defendant has forfeited to the United States, pursuant to the terms of the written plea agreement between the United States and defendant Scott, as filed with this Court in this matter.)

4.	Upon receipt of each payment of the money judgment, the United States Marshals Service shall seize and dispose of each payment in accordance with applicable law.

5.	The Clerk of the Court is directed to forward a true and certified copy of this order to all counsel of record and to the United States Marshals Service.

_____
COLLEEN-KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Feb. 8, 2008