−1/2−

HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**FEB 08 2008**
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-244 |
|---|---|---|
| vs. | : | SSN: ___ |
| SCOTT, Aubrey Randolph | : | Disclosure Date: November 28, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney            Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     [signature] 1/28/07
Defendant        Date        Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 15, 2007**, to U.S. Probation Officer **Kelli Griffin Cave**, telephone number (202) 565-1357, fax number (202) 273-0242. → previously sent.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.  7-31-07

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer

cc - Tom Zeno, Esq.

-1/2-

HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-244 |
| vs. | : | SSN: 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 |
| SCOTT, Aubrey Randolph | : | Disclosure Date: November 28, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    [signature] 11/28/07
Defendant           Date                                Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 15, 2007**, to U.S. Probation Officer **Kelli Griffin Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**. → previously sent.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.     7-31-07

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer                    CC - Tom Zeno, Esq.

# Worksheet D

Page 4

Defendant __AUBREY SCOTT__    Docket Number __(D.C.)__

### 16. Special Assessments (See §5E1.3)

Enter the total amount of special assessments required for all counts of conviction:

- $25 for each misdemeanor count of conviction
- ✓ Not less than $100 for each felony count of conviction

$ __100.00__

### 17. Additional Factors

List any additional applicable guidelines, policy statements, and statutory provisions. Also list any applicable aggravating and mitigating factors that may warrant a sentence at a particular point either within or outside the applicable guideline range. Attach additional sheets as required.

— No fine in statute.

— No minimum term in statute.

— No violation of "trust" issue, as that form of fraud or deception typically involves someone's misuse of another's charitable impulse or trust in government by posing or pretending to be a representative of that charity or agency. See Guidelines explanations, at page 93.

— No real use of "sophisticated means", as would be the case when concealing an offense, such as setting up a secondary office, bank account and/or separate corporations. See Guidelines explanations, at page 86. In this instance, the final "Statement of Offense" filed in the case did not make any references whatsoever to this type of scheme. Regardless, the actions taken by my client in fraudulent billing constituted merely the offense of fraud itself but, did not involve an existing business creating secondary offices, accounts or entities as aggravating circumstances.

Completed by __[signature] Counsel to Defendant__    Date __7-31-07__

U.S. Sentencing Commission
December 17, 2001
HATASTRAINMAN\...\DECEMBER2001.wpd